```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**ANTHONY T. MALCOMB,**

    **Plaintiff,**

**v.**                        **Civil Action No. 2:09-00647**

**DR. DESIGNU RAJA,**

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

**This action was previously referred to Mary E. Stanley, United States Magistrate Judge, who has submitted her Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).**

**The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on June 20, 2011. The magistrate judge recommends granting defendant's motion for summary judgment and dismissing this civil action from the docket of the court. The plaintiff has not objected to the Proposed Findings and Recommendation. The court concludes that the recommended disposition is correct.**

Accordingly, it is ORDERED that:

1. The Proposed Findings and Recommendation be, and it hereby is, adopted by the court;

2. Defendant's motion for summary judgment be, and it hereby is, granted; and

3. This action be, and it hereby is, dismissed and stricken from the docket.

The Clerk is directed to forward copies of this written opinion and order to the pro se plaintiff, all counsel of record, and the United States Magistrate Judge.

DATED: July 18, 2011

John T. Copenhaver, Jr.
United States District Judge

2